In the Matter of the Accounting of ANNE M. McCORMICK, as Committee of the Estate of ANNIE O'REILLY, an Incompetent, Respondent.

KATHERINE E. NOLAN, as Administratrix of the Estate of JOHN C. REILLY, Deceased, Appellant; THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted October 10, 1941; decided November 19, 1941.

574

*John F. Brennan* for appellant.

*Solomon Silverstein* and *Antonio M. Caridi*, in person, for Antonio M. Caridi, special guardian, respondent.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), for The People of the State of New York, respondent.

Order affirmed, with costs to the special guardian payable out of the estate of the incompetent; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: LOUGHRAN and CONWAY, JJ., on the ground that the weight of evidence lies with the finding in the Special Term.